Frank J. GARLAND, Plaintiff—
Appellant,

v.

Ernest LEVERING, c/o Balto Steve-
dore; David P. Hartman; David Hart-
man, Defendants—Appellees.

No. 10–1100.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 26, 2010.

Frank J. Garland, Appellant Pro Se. Mi-
chael J. Collins, Michael J. Collins, PC,
Highland, Maryland, for Appellee.

Before WILKINSON, NIEMEYER,
and DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Frank J. Garland appeals the district court's order granting summary judgment to Ernest Levering and David P. Hartman on Garland's claim of race discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Garland v. Levering,* No. 1:09–cv–00941–RDB, 2010 WL 148322 (D.Md. Jan. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*